UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>12020 SOUTH JACKSON ROAD, MICA, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>    Defendant. | NO. CV-05-389-JLQ |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  vs.<br>865 PENINSULA LOOP, PRIEST RIVER, IDAHO, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>    Defendant. | NO. CV-05-406-JLQ<br><br>ORDER OF CONSOLIDATION |

The above captioned cases, being companion cases brought by Plaintiff regarding property owned by the same parties, shall be consolidated for purposes of judicial economy.  Accordingly, **IT IS HEREBY ORDERED** that cases CV-05-389-JLQ and CV-05-406-JLQ are consolidated as case number CV-05-389-JLQ.   All future filings by the parties and court orders will be captioned and numbered accordingly.  It is not necessary for the parties to re-file their pleadings.

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order, forward copies to counsel, and close CV-05-406-JLQ.

**DATED** this 2nd day of May 2006.


                              s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1