UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> 12020 SOUTH JACKSON ROAD, MICA, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, <br><br> and <br><br> 865 PENINSULA LOOP, PRIEST RIVER, IDAHO, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, <br><br> Defendants. | NO. CV-05-0389-JLQ <br><br> ORDER ALLOWING INTERLOCUTORY SALE |

BEFORE THIS COURT is the Government's Motion For Order Allowing Interlocutory Sale, (Ct. Rec. 46), of real property located at 12020 South Jackson Road, Mica, Washington, legally described as follows:

> The Southeast quarter of the Southeast quarter of the Northeast quarter of Section 26, Township 24 North, Range 44 East, W.M., in Spokane County, Washington.
>
> EXCEPT Jackson Road.
> Together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon.
>
> SUBJECT to any easements, rights of way, reservations, and actions of record.

The motion is unopposed by the record owners of the real property, David Nielson and Alice K. Nielson. (Ct. Rec. 53).

Accordingly, Plaintiff's Motion For Order Allowing Interlocutory Sale is **GRANTED,** (Ct. Rec. 46), subject to the interests of Washington Trust Bank and Wells

ORDER - 1

Fargo Bank and disposition of proceeds after the sale.  The U.S. Marshals Service shall immediately seize the subject property, and market and sell it in an economically feasible manner for an amount exceeding the outstanding debts and expected costs.  Any and all deeds and transfer documents shall be signed by the necessary parties to complete the interlocutory sale.  After payment of (1) real property taxes to date of sale; (2) outstanding mortgages, and other liens, including principal, interest and contractual expenses, and; (3) costs of closing, such as costs of title report, title insurance, sales costs, and other outstanding encumbrances to allow clear title to be transferred to the purchasers; the closing agent to the sale shall remit the funds remaining to the U.S. Marshals Service to be held in its Seized Asset Deposit Account pending further order of this court.  This forfeiture action shall continue against the proceeds deposited into the U.S. Marshals Seized Asset Deposit Account.

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 16th day of June 2006.

s/ Justin L. QuackenbushR
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2