UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CV-05-389-JLQ |
| ) | |
| vs. ) | |
| ) | |
| 12020 SOUTH JACKSON ROAD, ) | Final Order of Forfeiture |
| MICA, WASHINGTON, ) | |
| TOGETHER WITH ALL ) | |
| APPURTENANCES, FIXTURES, ) | |
| ATTACHMENTS, AND ) | |
| IMPROVEMENTS THERETO ) | |
| AND THEREUPON, ) | |
| ) | |
| and ) | |
| ) | |
| 865 PENINSULA LOOP, PRIEST ) | |
| RIVER, IDAHO, TOGETHER ) | |
| WITH ALL APPURTENANCES, ) | |
| FIXTURES, ATTACHMENTS, ) | |
| AND IMPROVEMENTS ) | |
| THERETO AND THEREUPON ) | |
| ) | |
| Defendants. ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem, that the Defendant real properties are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and (a)(7) and 18 U.S.C. § 981(a)(1)(C).

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

1. <u>12020 South Jackson Road, Mica, Washington</u>

On June 16, 2006, the Court entered an Order Allowing Interlocutory Sale of the Defendant real property located at 12020 South Jackson Road, in Mica, Washington.

Final Order of Forfeiture -1-
Nielsen.wpd

The defendant property consists of net sales proceeds in the amount of $73,240.73 from the interlocutory sale of real property located at 12020 South Jackson Road, in Mica, Washington, as evidenced by the Amended Notice of Proceeds filed herein on March 5, 2007.

On December 27, 2005, David Nielsen and Alice Nielsen were personally served with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter, as evidenced by the United States Marshals Service's form USM-285 filed with the Court on February 3, 2006. On February 28, 2006, Claimants, David Nielsen and Alice Nielsen filed a joint verified claim to the defendant property and answer to the complaint.

On December 27, 2005, the United States Marshals Service posted copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter on the Defendant real property located at 12020 South Jackson Road, Mica, Washington, as evidenced by the USM-285 form filed with the Court on January 10, 2006.

The Notice of Complaint was published on December 22 and 29, 2005, and January 5, 2006, in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, as evidenced by the USM-285 form and attached Affidavit of Publication filed with the Court on January 10, 2006.  Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first.  At the latest this 30-day period expired on February 8, 2006.

On January 6, 2006, Washington Trust Bank filed a verified claim to the Defendant real property located at 12020 South Jackson Road, Mica, Washington. On February 27, 2006, the United States and Claimant, Washington Trust Bank entered an Expedited Settlement Agreement of its interest in the real property.  Claimant,

Final Order of Forfeiture -2-
Nielsen.wpd

Washington Trust Bank's interest was paid from the court-ordered interlocutory sale proceeds.

On February 22, 2006, Wells Fargo Bank filed a verified claim to the Defendant real property located at 12020 South Jackson Road, Mica, Washington. On May 19, 2006, the United States and Claimant, Wells Fargo Bank, entered into a Settlement Agreement of its interest in the real property. Claimant, Wells Fargo's interest was paid from the court-ordered interlocutory sale proceeds.

2.    <u>865 Peninsula Loop, Priest River, Idaho</u>

The defendant property consists of real property located at 865 Peninsula Loop, Priest River, Idaho, and is legally described as follows:

> The North Half of the Northeast Quarter of the Southeast Quarter of Section 30, Township 57 North, Range 4 West, Boise Meridian, Bonner County, Idaho.
>
> Together with a 30 foot Easement for Ingress, Egress and Utilities, over and across existing road which accesses property from Peninsula Loop Road.
>
> Also Together with a non-exclusive, non-commercial Easement for Ingress, Egress and Utilities, recorded as Instrument No. 574942, January 2, 2001.
>
> Also Together with a non-exclusive Easement for Ingress, Egress and Utilities, recorded as Instrument No. 577802, February 26, 2001.
>
> Parcel No. RP 57N04W307201 A
>
> Together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon.

Real property records and a title report show that the property is owned by David Nielsen and Alice Nielsen, husband and wife.

On December 27, 2005, David Nielsen and Alice Nielsen were personally served with copies of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter, as evidenced by the United States Marshals Service's forms USM-285 filed with the Court on February 3, 2006. On February 28, 2006, Claimants, David Nielsen and Alice Nielsen

filed a verified claim to the defendant property. No other claims have been filed. To date, neither David Nielsen nor Alice Nielsen have filed an answer to the complaint.

On February 2, 2006, the United States Marshals Service posted copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter on the property located at 865 Peninsula Loop, Priest River, Idaho, as evidenced by the USM-285 form filed with the Court on February 8, 2006.

The Notice of Complaint was published on January 3, 10, and 17, 2006, in the Bonner County Daily Bee, a newspaper of general circulation in Bonner County, Idaho, as evidenced by the USM-285 form and attached Affidavit of Publication filed with the Court on February 3, 2006. Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first. At the latest this 30-day period expired on February 16, 2006.

On March 12, 2007, the United States and Claimants, David Nielsen and Alice Nielsen filed with the Court a Stipulation for Order of Forfeiture and Settlement Agreement with regards to their claims to the defendant property.

In said stipulation, Claimants, David Nielsen and Alice Nielsen agreed to withdraw their claims to the proceeds from the interlocutory sale of the Defendant real property located at 12020 South Jackson Road, in Mica, Washington, and to the entry of a final order of forfeiture of the proceeds without further notice or presentment of said order. Claimants also agreed to the entry of a final order of forfeiture of the Defendant real property located at 865 Peninsula Loop, Priest River, Idaho, without further notice or presentment of said order.

Further, the United States and Claimants, David Nielsen and Alice Nielsen agreed in said stipulation that upon the sale of the Defendant real property located at 865 Peninsula Loop, Priest River, Idaho, by the United States Marshals Service, and payment of any outstanding taxes and liens, and the expenses incurred by the United States Marshals Service in connection with its custody and sale of the property, the United States will pay 25% of the **net sale proceeds** to Claimants, David Nielsen and Alice Nielsen to settle their claims to the Defendant real property.

It appearing to the Court that the United States and Claimants, David Nielsen and Alice Nielsen have reached a settlement of their interests in the $73,240.73 sales proceeds and in the Defendant real property located at 865 Peninsula Loop, in Priest River, Idaho, pursuant to the Stipulation for Order of Forfeiture and Settlement Agreement;

It also appearing to the Court that the claims of Washington Trust Bank and Wells Fargo Bank to the Defendant real property located at 12020 South Jackson Road, in Mica, Washington, have been resolved through the payment of their interests from the court-ordered interlocutory sale proceeds; and,

It further appearing to the Court that no other claims have been made to the Defendant property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the net sale proceeds in the amount of $73,240.73, from the interlocutory sale of the Defendant real property located at 12020 South Jackson Road, in Mica, Washington, are hereby forfeited to the United States of America and no right, title or interest shall exist in any other person.

IT IS FURTHER ORDERED that the Defendant real property located at 865 Peninsula Loop Road, Priest River, Idaho, is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States Marshals Service shall physically seize and take custody of the Defendant real property, located at 865 Peninsula Loop, Priest River, Idaho, evicting any occupants or tenants therein.

IT IS FURTHER ORDERED that the forfeited real property shall be disposed of in accordance with law by the United States Marshals Service.

IT IS FURTHER ORDERED that upon sale of the forfeited real property, and payment of any outstanding taxes and liens, and the expenses incurred by the United States Marshals Service in connection with its custody and sale of the property, the United States Marshals Service shall pay 25% of the **net sale proceeds** to David Nielsen and Alice Nielsen.

DATED this 12th day of March, 2007.

<u>s/ Justin L. Quackenbush</u>
Justin L. Quackenbush
Senior United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

Final Order of Forfeiture -6-
Nielsen.wpd